

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00182-CV

### IN THE MATTER OF THE MARRIAGE OF
### LLOYD GRIFFITH THOMAS AND BONNIE ALLEN THOMAS

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-D202000937**

## MEMORANDUM OPINION

On August 7, 2023, we received a letter from Appellant Bonnie Allen Thomas.[1] In the letter, Appellant repeatedly asks that we dismiss this appeal. We therefore construe Appellant's letter as a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent another party from seeking relief to which it

---

[1] The letter does not contain proper proof of service; however, to expedite this matter, we implement Rule of Appellate Procedure 2 to suspend Rule of Appellate Procedure 9.5's proof-of-service requirement for the letter. *See* TEX. R. APP. P. 2, 9.5. The letter has been posted to the Court's website so that the parties may have access to it.

would otherwise be entitled.  *See id.*  Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.[2]

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
(Chief Justice Gray dissenting)
Dismissed
Opinion delivered and filed October 12, 2023
[CV06]



---

[2] The request for extension of time to file the clerk's record, filed in this Court on August 15, 2023, is dismissed as moot.